STATE of Missouri, Respondent,

v.

Raymond HICKMAN, Appellant.

No. ED 104530

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: September 12, 2017

ed.

---

1. Unless otherwise indicated, all further statutory references are to RSMo 2000 as amend-

FOR APPELLANT: Samuel Buffaloe, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203.

FOR RESPONDENT: JOSHUA D. HAWLEY, Nathan J. Aquino, P.O. Box 899, Jefferson City, MO 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Raymond Hickman ("Appellant") appeals from the trial court's judgment, following a jury trial, convicting him of one count of second-degree murder, in violation of Section 565.021 (RSMo. 2000), and one count of armed criminal action, in violation of Section 571.015 (RSMo. 2000). Appellant was sentenced as a prior offender to concurrent terms of 25 years for the second-degree murder and 10 years for the armed criminal action.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).